IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, PC, in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>Plaintiff,<br><br>- vs -<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS,<br><br>Defendants. | Case No. 08 Civ. 0481<br><br>HONORABLE KENNETH M. KARAS<br><br>**ECF CASE** |

## CERTIFICATE OF SERVICE

I certify that I am over eighteen years of age and am not a party to this action. On January 17, 2008, I served the following documents:

- January 17, 2008 Order To Show Cause For Temporary Restraining Order, And Preliminary And Permanent Injunctive Relief;

- Declaration of Richard W. Cohen and attachments;

- January 17, 2008 Summons;

- Complaint and Bill in the Nature of an Interpleader; and

- Memorandum of Law In Support of Plaintiff's Order To Show Cause For Temporary Restraining Order, And Preliminary And Permanent Injunctive Relief.

on the persons listed below by *via* electronic mail in accordance with this Court's January 17, 2008 Order To Show Cause For Temporary Restraining Order, And Preliminary And Permanent Injunctive Relief:

James R. Dugan, II, Esq.
jdugan@dugan-lawfirm.com

Stephen B. Murray, d/b/a The Murray Law Firm
smurrary@murrary-lawfirm.com

Greg Murphy
greg@mandmlawfirm.com

Morain & Murphy, LLC
greg@mandmlawfirm.com

Wallace Jordan Ratliff & Brandt, LLC
KW@wallacejordan.com

Elwood Simon & Associates, P.C.
esimon@esimon-law.com

Kershaw, Cutter & Ratinoff, LLP
bcutter@kcrlegal.com

Berman DeValerio Pease Tabacco Burt & Pucillo
jtabacco@bermanesq.com

Mark Fischer
mdf@rawlingscompany.com

George Rawlings
gr@rawlingscompany.com

I received the confirmation attached as Exhibit "A" hereto that the e-mail sent to Mr. Dugan which was transmitted with the Order to Show Cause For Temporary Restraining Order,

And Preliminary And Permanent Injunctive Relief was read by the recipient "on Thu, 17 Jan 2008 18:17:33 -0500."

Dated:   January 18, 2008
        White Plains, New York

                                          **/s/ Peter D. St. Phillip, Jr.**
                                          PETER D. ST. PHILLIP, JR.

Executed at White Plains, New York, on January 4, 2008.

_____
KATHERINE M. VOGEL

## Peter St. Phillip

| | |
|---|---|
| **From:** | James Dugan [jdugan@dugan-lawfirm.com] |
| **To:** | Peter St. Phillip |
| **Sent:** | Thursday, January 17, 2008 6:18 PM |
| **Subject:** | Read: Lowey Dannenberg Cohen, PC v. James Dugan II, et al., C.A. No. 08-Civ.-0461 |

Your message

  To:    dciolino@daneciolino.com; James Dugan; smurray@murray-lawfirm.com; 'Greg Murphy'; 'Kim West'; 'Joseph J. Tabacco, Jr.'; bcutter@kcrlegal.com; 'Mark D. Fischer'; 'Elwood Simon'; gr@rawlingscompany.com
  Cc:    nkeif@hotmail.com
  Subject: Lowey Dannenberg Cohen, PC v. James Dugan II, et al., C.A. No. 08-Civ.-0461
  Sent:    Thu, 17 Jan 2008 18:13:33 -0500

was read on Thu, 17 Jan 2008 18:17:33 -0500

1