AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE *1-18-08*     *JAN. 18, 2008* |
|---|---|
| NAME OF SERVER (PRINT) *EMILE H. SIEGRIST III* | TITLE *SERVER / COURIER* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

*OFFICE  -- JAMES DUGAN*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  ___*1-18-08*___          *Emile H Siegrist III*
                    Date                    Signature of Server

*3501 LAKE TRAIL DR Kennes, 70065*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1-18-08    JAN 18, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Emile H. Siegrist III | TITLE SERVER / COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Ken Huerta – for Stephen Murphy

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1-18-08
                    Date

_Signature of Server_

3510 Lake Trail Dr Kenner LA 70065
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, PC, in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>Plaintiff,<br><br>- vs -<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS,<br><br>Defendants. | Case No. 08 Civ. 0481<br><br>HONORABLE KENNETH M. KARAS<br><br>**ECF CASE** |

## CERTIFICATE OF SERVICE

I certify that I am over eighteen years of age and am not a party to this action. On January

17, 2008, I served the following documents:

- • January 17, 2008 Order To Show Cause For Temporary Restraining Order, And Preliminary And Permanent Injunctive Relief;

- • Declaration of Richard W. Cohen and attachments;

- • January 17, 2008 Summons;

- • Complaint and Bill in the Nature of an Interpleader; and

2100 / SERV / 00085982.WPD v1

- Memorandum of Law In Support of Plaintiff's Order To Show Cause For Temporary Restraining Order, And Preliminary And Permanent Injunctive Relief.

on the persons listed below by *via* electronic mail in accordance with this Court's January 17, 2008 Order To Show Cause For Temporary Restraining Order, And Preliminary And Permanent Injunctive Relief:

James R. Dugan, II, Esq.
jdugan@dugan-lawfirm.com

Stephen B. Murray, d/b/a The Murrary Law Firm
smurrary@murrary-lawfirm.com

Greg Murphy
greg@mandmlawfirm.com

Morain & Murphy, LLC
greg@mandmlawfirm.com

Wallace Jordan Ratliff & Brandt, LLC
KW@wallacejordan.com

Elwood Simon & Associates, P.C.
esimon@esimon-law.com

Kershaw, Cutter & Ratinoff, LLP
bcutter@kcrlegal.com

Berman DeValerio Pease Tabacco Burt & Pucillo
jtabacco@bermanesq.com

Mark Fischer
mdf@rawlingscompany.com

George Rawlings
gr@rawlingscompany.com

I received the confirmation attached as Exhibit "A" hereto that the e-mail sent to Mr.

Dugan which was transmitted with the Order to Show Cause For Temporary Restraining Order,

2

And Preliminary And Permanent Injunctive Relief was read by the recipient "on Thu, 17 Jan 2008 18:17:33 -0500."

Dated:     January 18, 2008
           White Plains, New York


                                   /s/ Peter D. St. Phillip, Jr.
                                   PETER D. ST. PHILLIP, JR.

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 08 CIV. 0461

## JUDGE KARAS

TO: (Name and address of Defendant)

James R. Dugan, II
The Dugan Law Firm
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOWEY DANNENBERG COHEN, P.C.
Richard W. Cohen
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
Phone: (914) 997-0500
Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

BY DEPUTY CLERK

JAN 1 7 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| _____Southern_____ | District of | _____New York_____ |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CIV. 0461

## JUDGE KARAS

TO: (Name and address of Defendant)

Stephen B. Murray, d/b/a The Murray Law Firm
650 Poydras Street
Suite 1100
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOWEY DANNENBERG COHEN, P.C.
Richard W. Cohen
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
Phone: (914) 997-0500
Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____20 (twenty)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

JAN 1 7 2008

CLERK                                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Southern | District of | New York |
| --- | --- | --- |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

                           Plaintiff,

          - vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

                           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CIV. 0461

## JUDGE KARAS

TO: (Name and address of Defendant)

    Rawlings & Associates, PLLC
    1 Eden Parkway
    LaGrange, KY 40031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LOWEY DANNENBERG COHEN, P.C.
    Richard W. Cohen
    White Plains Plaza, Suite 509
    One North Broadway
    White Plains, NY 10601
    Phone:  (914) 997-0500
    Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____20 (twenty)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# J. MICHAEL McMAHON

JAN 1 7 2008,

CLERK

(BY) DEPUTY CLERK

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Greg Murphy
Morain & Murphy, LLC
6555 Perkins Road, Suite 200
Baton Rouge, Louisiana 70808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOWEY DANNENBERG COHEN, P.C.
Richard W. Cohen
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
Phone:  (914) 997-0500
Fax:     (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

                           Plaintiff,

         - vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

                        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

    Morain & Murphy, LLC
    6555 Perkins Road, Suite 200
    Baton Rouge, Louisiana 70808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LOWEY DANNENBERG COHEN, P.C.
    Richard W. Cohen
    White Plains Plaza, Suite 509
    One North Broadway
    White Plains, NY 10601
    Phone: (914) 997-0500
    Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,
                                        Plaintiff,

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,
                                        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

> Wallace, Jordan, Ratliff & Brandt, LLC
> 800 Shades Creek Parkway
> Suite 400
> Birmingham, AL 35209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> LOWEY DANNENBERG COHEN, P.C.
> Richard W. Cohen
> White Plains Plaza, Suite 509
> One North Broadway
> White Plains, NY 10601
> Phone: (914) 997-0500
> Fax:   (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____20 (twenty)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,
                                    Plaintiff,

          - vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,
                                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

> Elwood S. Simon & Associates, P.C.
> 355 S. Old Woodward Ave.
> Suite 250
> Birmingham, MI 48009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> LOWEY DANNENBERG COHEN, P.C.
> Richard W. Cohen
> White Plains Plaza, Suite 509
> One North Broadway
> White Plains, NY 10601
> Phone: (914) 997-0500
> Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8 01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, California 95864

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOWEY DANNENBERG COHEN, P.C.
Richard W. Cohen
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
Phone:  (914) 997-0500
Fax:     (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,
Defendants.

CASE NUMBER:

TO: (Name and address of Defendant)

Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street, Suite 2100
San Francisco, CA 94104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LOWEY DANNENBERG COHEN, P.C.
Richard W. Cohen
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
Phone: (914) 997-0500
Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____20 (twenty)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

---

CLERK

DATE

---

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Southern  | District of | New York |

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,

Plaintiff,

**SUMMONS IN A CIVIL ACTION**

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,

Defendants.

CASE NUMBER:

TO: (Name and address of Defendant)

> Mark Fischer
> Rawlings & Associates, PLLC
> 1 Eden Parkway
> LaGrange, KY 40031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> LOWEY DANNENBERG COHEN, P.C.
> Richard W. Cohen
> White Plains Plaza, Suite 509
> One North Broadway
> White Plains, NY 10601
> Phone: (914) 997-0500
> Fax:    (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with interest
in, the REZULIN SETTLEMENT FUND,
                                    Plaintiff,

- vs -

JAMES R. DUGAN, II; STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM; RAWLINGS
AND ASSOCIATES, PLLC; GREG MURPHY;
MORAIN & MURPHY, LLC; WALLACE JORDAN
RATLIFF & BRANDT, LLC; ELWOOD S. SIMON
& ASSOCIATES, P.C.; KERSHAW, CUTTER &
RATINOFF, LLP; BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO; MARK FISCHER;
GEORGE RAWLINGS,
                                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

> George Rawlings
> Rawlings & Associates, PLLC
> 1 Eden Parkway
> LaGrange, KY 40031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> LOWEY DANNENBERG COHEN, P.C.
> Richard W. Cohen
> White Plains Plaza, Suite 509
> One North Broadway
> White Plains, NY 10601
> Phone: (914) 997-0500
> Fax: (914) 997-0035

an answer to the complaint which is served on you with this summons, within _____ 20 (twenty) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                DATE

_____
(BY) DEPUTY CLERK