IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, PC, in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>     Plaintiff,<br><br> - vs -<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS,<br><br>     Defendants. | Case No. 08 CIV 0461 (KMK)<br><br>HONORABLE Kenneth M. Karas<br><br>**ECF CASE** |

**NOTICE OF MOTION TO AUTHORIZE PLAINTIFF TO
<u>DEPOSIT FUNDS WITH THE CLERK OF THE COURT</u>**

  PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. 1335, Rule 67 of the Federal Rules

of Civil Procedure and Rule 67.1(a) of the Local Rules of this Court, and upon Plaintiff's

Complaint filed January 17, 2008, the Declaration of Richard W. Cohen dated January 17, 2008,

the Memorandum of Law In Support of Plaintiff's Order To Show Cause For a Temporary

Restraining Order, and Preliminary and Permanent Injunctive Relief dated January 17, 2008, and

Plaintiff's Memorandum of Law in Support of Its Motion to Authorize Plaintiff to Deposit Funds

with the Clerk of the Court, Plaintiff will move before the Honorable Kenneth M. Karas,

Courtroom 521, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150

on such date and time as the Court may direct, for an Order in the form submitted herewith

authorizing Plaintiff to deposit with the Clerk of the Court, into an interest-bearing account, all

funds currently held in Citibank Account No. 009977643705, titled "Lowey Dannenberg

Bemporad & Selinger P.C. as Attorneys for the Rezulin Settlement Fund," ($4,555,657.02 as of

January 17, 2008 with interest continuing to accrue), which account is referred to by the

Complaint as the "Rezulin Settlement Fund."

Dated: January 22, 2008
       White Plains, New York

                                      LOWEY DANNENBERG COHEN, P.C.

                                      __/S/_____
                                      Stephen Lowey , Esq. (SL-7677)
                                      Richard W. Cohen, Esq. (RC-5220)
                                      Peter St. Phillip, Esq. (PS-0726)
                                      Thomas Skelton, Esq. (TS-7908)
                                      Todd S. Garber, Esq. (TG-4620)
                                      One North Broadway, Suite 509
                                      White Plains, NY 10601
                                      Telephone:  (914) 997-0500
                                      Telecopier: (914) 997-0035

## CERTIFICATE OF SERVICE

I, Todd S. Garber, hereby certify under penalty of perjury that I caused copies of Plaintiff's Notice of Motion to Authorize Plaintiff to Deposit Funds with the Clerk of the Court and Plaintiff's Memorandum of Law in Support of its Motion to Authorize Plaintiff to Deposit Funds with the Clerk of the Court to be served upon the parties listed below via email, on this 22nd day of January 2008.

James R. Dugan, II, Esq.
jdugan@dugan-lawfirm.com
dciolino@daneciolino.com
dciolino@gmail.com

Stephen B. Murray, d/b/a The Murrary Law Firm
smurray@murrary-lawfirm.com
dciolino@daneciolino.com
dciolino@gmail.com

Greg Murphy
greg@mandmlawfirm.com

Morain & Murphy, LLC
greg@mandmlawfirm.com

Wallace Jordan Ratliff & Brandt, LLC
KW@wallacejordan.com

Elwood Simon & Associates, P.C.
esimon@esimon-law.com

Kershaw, Cutter & Ratinoff, LLP
bcutter@kcrlegal.com

Berman DeValerio Pease Tabacco Burt & Pucillo
jtabacco@bermanesq.com

Mark Fischer
mdf@rawlingscompany.com

George Rawlings
mdf@rawlingscompany.com

Rawlings & Associates, PLLC
mdf@rawlingscompany.com

___/S/_____
Todd S. Garber

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, PC, in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>Plaintiff,<br><br>vs<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS,<br><br>Defendants. | Case No. 08 CIV 0461 (KMK)<br><br>HONORABLE Kenneth M. Karas<br><br>ECF CASE |

## [PROPOSED] ORDER AUTHORIZING PLAINTIFF TO DEPOSIT FUNDS WITH THE CLERK OF THE COURT

Plaintiff, Lowey Dannenberg Cohen, P.C. (formerly known as Lowey Dannenberg Bemporad Selinger & Cohen, P.C.) ("Lowey Dannenberg"), in its role as account holder of, and party with interest in, Citibank Account No. 009977643705, titled "Lowey Dannenberg Bemporad Selinger & Cohen, P.C. as Attorneys for the Rezulin Settlement Fund" ("Rezulin Settlement Fund"), seeks leave to deposit the Rezulin Settlement Fund with the Clerk of the Court, in an interest bearing account, pursuant to 28 U.S.C. § 1335, Rule 67 of the Federal Rules of Civil Procedure and Rule 67.1(a) of the Local Rules of this Court.

2027 / ORD / 00086339.WPD v1

CAME ON TO BE HEARD Plaintiff Lowey Dannenberg Cohen's motion for leave to deposit the Rezulin Settlement Fund with the Clerk of the Court, and the Court, after considering the papers submitted in connection with said motion, and being of the opinion that said motion is well taken and should be granted, it is therefore,

**ORDERED ADJUDGED AND DECREED:**

1. Plaintiff is authorized to deposit into the registry of the Clerk of the Court, the entirety of the Rezulin Settlement Fund ($4,555,657.02 as of January 17, 2008 with interest continuing to accrue).

2. The Clerk of the Court is directed to deposit the Rezulin Settlement Fund into an interest bearing account (the "Account").

3. Pursuant to Local Civil Rule 67.1, the clerk is authorized to deduct from the income received in the Account a fee equal to ten per cent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

4. Pursuant to 28 U.S.C. § 2042, no withdrawals shall be made from the Account without further order of this Court.

Dated: New York, New York
January ____, 2008

_____
UNITED STATES DISTRICT JUDGE