UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br><br>                              Plaintiff<br><br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, and GEORGE RAWLINGS<br><br>                              Defendants | Case No. 08 Civ. 0461<br><br>HONORABLE   KENNETH   M. KARAS<br><br>**ECF CASE** |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Stephen B. Murray d/b/a The Murray Law Firm (a private, sole proprietor) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

None.


Dated:          New Orleans, Louisiana
                   January 23, 2008


                                        /s/ Dane S. Ciolino_____
                                        Dane S. Ciolino (DC-1964)