UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br>　　　　　　　　　　Plaintiff<br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, and GEORGE RAWLINGS<br>　　　　　　　　　　Defendants | Case No. 08 Civ. 0461<br>HONORABLE KENNETH M. KARAS<br><br>ECF CASE |

### DECLARATION OF JAMES R. DUGAN, II

I, JAMES R. DUGAN, II, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1.　　I am an attorney admitted to practice in Louisiana, working for The Murray Law Firm.

2.　　A true and correct copy of the Petition for Damages, Quantum Meruit, Concurus and Injective Relief, filed July 18, 2007 in the Civil District Court for the Parish of Orleans is attached to Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, Memorandum in Support of Motion to Dismiss Complaint and Bill in the Nature of Interpleader as Exhibit A.

3.　　A true and correct copy of Order granting Plaintiff's Motion to Remand in the Dugan action signed by Judge Kaplan is attached to Defendants', James R. Dugan, II and

1

Stephen B. Murray d/b/a The Murray Law Firm, Memorandum in Support of Motion to Dismiss Complaint and Bill in the Nature of Interpleader as Exhibit B.

    4.    A true and correct copy of the Settlement Agreement is attached to Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, Memorandum in Support of Motion to Dismiss Complaint and Bill in the Nature of Interpleader as Exhibit C.

    5.    A true and correct copy of the January 18, 2007 a letter sent to Steve Glickstein, esq., is attached to Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, Memorandum in Support of Motion to Dismiss Complaint and Bill in the Nature of Interpleader as Exhibit D.

I declare under penalty of perjury that the forgoing to true and correct.

Dated:    January 23, 2008
            New Orleans, Louisiana

                                            JAMES R. DUGAN, II