UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br><br>　　　　　　　　　Plaintiff<br><br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, and GEORGE RAWLINGS<br>　　　　　　　　　Defendants | Case No. 08 Civ. 0461<br><br>HONORABLE KENNETH M. KARAS<br><br><br>ECF CASE |

## DECLARATION OF JAMES R. DUGAN, II

I, JAMES R. DUGAN, II, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1.　　I am an attorney admitted to practice in Louisiana, working for The Murray Law Firm.

2.　　A true and correct copy of *North American Marketing Corp. v. K. Gronbach & Assoc., Inc.*, 221 F.R.D. 296, (D.Conn., 2002) is annexed to Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, Memorandum of Law in Opposition to Plaintiff's Motion to Authorize Plaintiff to Deposit Funds With the Clerk of Court as Exhibit A.

I declare under penalty of perjury that the forgoing to true and correct.

Dated:　　January 23, 2008
　　　　　　New Orleans, Louisiana

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES R. DUGAN, II

1