UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, and GEORGE RAWLINGS<br>　　　　　　　　　　Defendants | Case No. 08 Civ. 0461<br><br>HONORABLE KENNETH M. KARAS<br><br>**ECF CASE** |

### DEFENDANTS', JAMES R. DUGAN, II AND STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Leave to File Document Under Seal, Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, will move this Court before the Honorable Kenneth M. Karas, U.S.D.J., at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, for an Order permitting them to file under seal Exhibit C to Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, Memorandum in Support of Motion to Dismiss Complaint and Bill in the Nature of Interpleader.

Dated:　　New Orleans, Louisiana
　　　　　　January 23, 2008

1

/s/ Dane S. Ciolino_____
Dane S. Ciolino (DC-1964)
DANE S. CIOLINO, LLC
526 Pine Street, Fourth Floor
P.O. Box 850848
New Orleans, LA 70185-0848
Telephone: (504) 834-8519
Facsimile: (504) 324-0143
E-Mail: dciolino@loyno.edu

Counsel of record for Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I caused to be electronically filed the foregoing Notice of Motion for Leave to File Document Under Seal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and exact copy of the foregoing was sent via email, fax, and/or U.S. mail to any party or counsel not receiving electronic service from CM/ECF by ordinary U.S. Mail, this 23rd day of January, 2008.

/s/ Dane S. Ciolino_____
Dane S. Ciolino (DC-1964)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, and GEORGE RAWLINGS<br>　　　　　　　　　　Defendants | Case No. 08 Civ. 0461<br><br>HONORABLE KENNETH M. KARAS<br><br>**ECF CASE** |

## [PROPOSED] ORDER GRANTING DEFENDANTS', JAMES R. DUGAN, II AND STEPHEN B. MURRAY D/B/A THE MURRAY LAW FIRM, MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, request that they be allowed to file Exhibit C to Defendants' James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm Memorandum Of Law In Support Of Motion To Dismiss Complaint And Bill In Nature Of Interpleader be filed under seal.

IT IS SO ORDERED. The Clerk of the Court is directed to file Exhibit C to Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm Memorandum Of Law In Support Of Motion To Dismiss Complaint And Bill In Nature Of Interpleader under seal.

DATED: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Submitted by:

Dated:         New Orleans, Louisiana
               January 23, 2008

                /s/ Dane S. Ciolino_____
                Dane S. Ciolino (DC-1964)
                DANE S. CIOLINO, LLC
                526 Pine Street, Fourth Floor
                P.O. Box 850848
                New Orleans, LA 70185-0848
                Telephone: (504) 834-8519
                Facsimile: (504) 324-0143
                E-Mail: dciolino@loyno.edu

                Counsel of record for Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm

2