UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br><br>                 Plaintiff<br><br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, and GEORGE RAWLINGS<br><br>                 Defendants | Case No. 08 Civ. 0461<br><br>HONORABLE KENNETH M. KARAS<br><br>**ECF CASE** |

## DEFENDANTS', JAMES R. DUGAN, II AND STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, respectfully request that the Court order that Exhibit C to Defendants' James R. Dugan, II And Stephen B. Murray d/b/a The Murray Law Firm Memorandum Of Law In Support Of Motion To Dismiss Complaint And Bill In Nature Of Interpleader be filed under seal.

Exhibit C is a confidential agreement that is central to this controversy. Although neither James R. Dugan, II nor Stephen B. Murray d/b/a The Murray Law Firm are signatories to this agreement, out of an abundance of caution, they seek to file it under seal to preserve its confidentiality.

Dated:       New Orleans, Louisiana
               January 23, 2008

/s/ Dane S. Ciolino
Dane S. Ciolino (DC-1964)
Dane S. Ciolino, LLC
526 Pine Street, Fourth Floor
P.O. Box 850848
New Orleans, LA 70185-0848
Telephone: (504) 834-8519
Facsimile: (504) 324-0143
E-Mail: dciolino@loyno.edu

Counsel of record for Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I caused to be electronically filed the foregoing Memorandum in Support of Motion For Leave to File Document Under Seal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and exact copy of the foregoing was sent via email, fax, and/or U.S. mail to any party or counsel not receiving electronic service from CM/ECF by ordinary U.S. Mail, this 23rd day of January, 2008.

/s/ Dane S. Ciolino
Dane S. Ciolino (DC-1964)