

**Lowey Dannenberg Cohen, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

January 22, 2008

BY TELECOPIER

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
U.S. District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Rm. 533
White Plains, NY 10601

     Re: <u>Lowey Dannenberg Cohen, P.C. v. Dugan, et al., No. 08-CIV-0461 (KMK)</u>

Dear Judge Karas:

     On January 17, 2008, we commenced this *in rem* action to determine the respective rights of numerous law firms to share proceeds of an account holding approximately $4.5 million, which our complaint calls the "Rezulin Settlement Fund."

     Pursuant to 28 U.S.C. § 1335(a)(2), Plaintiff needs to file a motion in order to deposit the Rezulin Settlement Fund, in an interest-bearing account, with the Clerk of the Court. We hereby respectfully request that Your Honor's pre-motion conference requirement be waived and that the Court permit us to file such motion.

                                Respectfully submitted,

                                Richard W. Cohen

cc: Dane Ciolini, Esq.
    All Parties

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED
KENNETH M. KARAS U.S.D.J.

2027 / LTR / 00086351 WPD v1