UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOWEY DANNENBERG COHEN, PC,

                Plaintiff,

       -against-                              08 Civ. 0461 (LAK)

JAMES R. DUGAN, II, et al.,

                Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      This action having been transferred to the undersigned, plaintiff's motion for leave to deposit funds with the Clerk of the Court (DI 5) is granted.

      The Court will hear the pending motion for a preliminary injunction (DI 7) on January 31, 2008 at 2:30 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse. Answering and reply papers shall be filed by the dates and times specified in the order to show cause for service.

      SO ORDERED.

Dated:      January 24, 2008

                                                          Lewis A. Kaplan
                                                 United States District Judge