UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LOWEY DANNENBERG COHEN, PC,

              Plaintiff,

    -against-                                  08 Civ. 0461 (LAK)

JAMES R. DUGAN, II, et al.,

              Defendants.
------------------------------------x

**Order**

LEWIS A. KAPLAN, *District Judge*.

        Defendants' motion for leave to file Exhibit C to their memorandum of law under seal (DI 15) is granted.

        SO ORDERED.

Dated:     January 24, 2008

                                                  Lewis A. Kaplan
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08