UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LOWEY DANNENBERG COHEN, P.C., in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,

     Plaintiff,

-v-

JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAIN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS,

     Defendants.

Case No. 08-CV-461 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

  On January 17, 2008, the Court issued an Order to Show Cause (Docket #7), in which Plaintiffs were ordered to post security in the amount of $500,000.00. The Clerk of Court is respectfully directed to deposit the security in an interest-bearing account.

SO ORDERED.

Dated:  January 24, 2008
     White Plains, New York

              KENNETH M. KARAS
              UNITED STATES DISTRICT JUDGE