IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, PC, in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>                  Plaintiff,<br><br>   - vs -<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS, SHIPMAN & GOODWIN<br><br>                  Defendants. | Case No. 08 Civ. 0481<br><br>HONORABLE LEWIS A. KAPLAN<br><br>**ECF CASE** |

2027 / SERV / 00086427.WPD v1

## **CERTIFICATE OF SERVICE**

I certify that I am over eighteen years of age and am not a party to this action. On January 28, 2008, I served a copy of the Amended Verified Complaint and Bill in the Nature of an Interpleader and the Declaration of Richard W. Cohen dated January 28, 2008 verifying the Amended Complaint and Bill in the Nature of an Interpleader, on counsel for all parties or on the parties themselves if counsel has not entered an appearance on their behalf, via email pursuant to the consent of all parties to this form of service.

Dated:	January 29, 2008
	White Plains, New York

                                                                    **/s/ Todd S. Garber**
                                                                    TODD S. GARBER