IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>    Plaintiff,<br><br>- vs -<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS, SHIPMAN & GOODWIN, LLP<br><br>    Defendants. | Case No. 08 Civ. 0461 (LAK)<br><br>HONORABLE LEWIS A. KAPLAN<br><br>ECF CASE<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/31/08 |

## [PROPOSED] ORDER TO RELEASE PLAINTIFF'S $500,000 SECURITY

WHEREAS, Plaintiff, Lowey Dannenberg Cohen, P.C. (formerly known as Lowey Dannenberg Bemporad Selinger & Cohen, P.C.) ("Lowey Dannenberg"), in its role as account holder of, and party with interest in, Citibank Account No. 009977643705, titled "Lowey Dannenberg Bemporad Selinger & Cohen, P.C. as Attorneys for the Rezulin Settlement Fund" (the "Fund"), deposited $500,000 with the registry of this Court pursuant to the Order to Show

2027 / ORD / 00086513.WPD v1

Cause dated January 17, 2008 entered by the Honorable Kenneth M. Karas and Rule 65(c) of the Federal Rules of Civil Procedure;

WHEREAS, on January 24, 2008, this Court granted Plaintiff's motion to deposit the Fund with the Clerk of the Court;

WHEREAS, on January 25, 2008, Plaintiff deposited the entire Fund, consisting of $4,560,588.47, in the registry of the Court;

WHEREAS, based upon the deposit of the entire Fund with the registry of the Court, there being no further need for a security pursuant to Rule 65(c) of the Federal Rules of Civil Procedure;

**NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED**

The Clerk of the Court for the Southern District of New York shall release and return to Plaintiff its $500,000 security, plus all accrued interest, less any statutory fee, upon entry of this Order.

Dated: New York, New York
January __31__, 2008

_____
UNITED STATES DISTRICT JUDGE