JAN 3 1 2008

SO 925- 640142

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWEY DANNENBERG COHEN, P.C., in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS, SHIPMAN & GOODWIN, LLP,

Defendants.

Case No. 08 Civ. 0461 (LAK)

HONORABLE LEWIS A. KAPLAN

**ECF CASE**

**MOTION TO ADMIT MICHAEL J. VELEZIS, ESQ. *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the local rules of the United States District Court for the Southern District of New York, I, Richard W. Cohen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael J. Velezis |
| Firm Name: | Wallace Jordan Ratliff & Brandt, LLC |
| Address: | 800 Shades Creek Parkway<br>Suite 400<br>Birmingham, AL 35209 |
| Telephone: | 205.870.0555 |
| Fax: | 205.871.7534 |
| Email Address: | mv@wallacejordan.com |

Michael J. Velezis is a member in good standing of the Alabama State Bar. There are no pending disciplinary proceedings against Michael J. Velezis in any State or Federal court.

In further support of this motion, attached hereto is the Affidavit of Richard W. Cohen, together with an original certificate of good standing of Michael J. Velezis from the Alabama State Bar, and a proposed Order.

Dated: January 31, 2008
White Plains, New York

LOWEY DANNENBERG COHEN, P.C.

By: ______________________

Richard Cohen (RC-5220)
One North Broadway - Suite 509
White Plains, NY 10601
914-997-0500

**CERTIFICATE OF SERVICE**

I, Scott V. Papp. Esq., hereby certify under penalty of perjury that, on January 31, 2008, I caused copies of the (1) Motion to Admit Michael J. Velezis, Esq. *Pro Hac Vice*, and (2) the Affidavit of Richard W. Cohen In Support Of Motion to Admit Michael J. Velezis, Esq. *Pro Hac Vice* to be served upon on counsel for all parties or on the parties themselves if counsel has not entered an appearance on their behalf, via email pursuant to the consent of all parties to this form of service.

Dated: January 31, 2008
White Plains, N.Y.

Scott V. Papp

Scott V. Papp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWEY DANNENBERG COHEN, P.C., in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS, SHIPMAN & GOODWIN, LLP,

Defendants.

Case No. 08 Civ. 0461 (LAK)

HONORABLE LEWIS A. KAPLAN

**ECF CASE**

**AFFIDAVIT OF RICHARD W. COHEN IN SUPPORT OF MOTION TO ADMIT MICHAEL J. VELEZIS *PRO HAC VICE***

RICHARD W. COHEN, ESQ, being duly sworn, hereby deposes and says as follows:

1. I am a principal member of Lowey Dannenberg Cohen, P.C., counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael J. Velezis, Esq. (hereinafter "Mr. Velezis") as counsel *pro hac vice* to represent Defendant Wallace Jordan Ratliff & Brandt, LLC in this matter.

2. I am a member in good standing of the bars of New York and Pennsylvania and was admitted to practice law in those jurisdictions on January 12, 1981 and July 7, 1989,

respectively. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Velezis since 2002.

4. Mr. Velezis is a principal at Wallace Jordan Ratliff & Brandt, LLC in Birmingham, Alabama. Mr. Velezis is also a member in good standing of the Alabama State Bar. An original certificate of good standing issued by the Alabama State Bar is attached hereto as Exhibit A.

5. I have found Mr. Velezis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Velezis, *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of Mr. Velezis, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mr. Velezis, *pro hac vice*, to represent Defendant Wallace Jordan Ratliff & Brandt, LLC in the above captioned matter, be granted.

Dated: January 31, 2008
White Plains, New York

LOWEY DANNENBERG COHEN, P.C.

By: ______________________

Richard W. Cohen (RC-5220)
One North Broadway - Suite 509
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

ALABAMA STATE BAR
415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www. alabar.org

***STATE OF ALABAMA***

***COUNTY OF MONTGOMERY***

*I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Michael J. Velezis has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.*

*I further certify that Michael J. Velezis was admitted to the Alabama State Bar September 29, 1995.*

*I further certify that the said Michael J. Velezis is presently a member in good standing of the Alabama State Bar, having met all licensing/dues requirements for the year ending September 30, 2008.*

*IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 29th day of January, 2008.*

Keith B. Norman
*Keith B. Norman, Secretary*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOWEY DANNENBERG COHEN, P.C., in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,

Plaintiff,

- vs -

JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS, SHIPMAN & GOODWIN, LLP,

Defendants.

Case No. 08 Civ. 0461 (LAK)

HONORABLE LEWIS A. KAPLAN

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Richard W. Cohen, attorney for Plaintiff Lowey Dannenberg Cohen, P.C. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michael J. Velezis |
| Firm Name: | Wallace Jordan Ratliff & Brandt, LLC |
| Address: | 800 Shades Creek Parkway<br>Suite 400<br>Birmingham, AL 35209 |
| Telephone: | 205.870.0555 |
| Fax: | 205.871.7534 |
| Email Address: | mv@wallacejordan.com |

is admitted to practice *pro hac vice* as counsel for Defendant Wallace Jordan Ratliff & Brandt, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January 31, 2008
White Plains, New York

______________________________
United States District/Magistrate Judge