UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LOWEY DANNENBERG COHEN, P.C., : Case No. 08 Civ. 461 (LAK)(THK)
in its capacity as account holder of, and party :
with interest in, the REZULIN SETTLEMENT :
FUND, :
 :
    Plaintiff, : ECF CASE
v. :
 :
JAMES R. DUGAN, II, et al., :
 :
    Defendants. :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of Shipman & Goodwin LLP, is hereby entering an appearance as counsel of record for Defendant Shipman & Goodwin LLP in the above-captioned action.

Dated: Hartford, Connecticut
      February 13, 2008

                                  Respectfully Submitted.

                          By:   s/ Jill M. O'Toole
                              Jill M. O'Toole
                              SHIPMAN & GOODWIN LLP
                              One Constitution Plaza
                              Hartford, CT 06103-1919
                              Tel.: (860) 251-5909
                              Fax: (860) 251-5218
                              Email: jotoole@goodwin.com

                              ATTORNEY FOR DEFENDANT
                              SHIPMAN & GOODWIN LLP