UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOWEY DANNENBERG COHEN, P.C., : Case No. 08 Civ. 461 (LAK)(THK)
in its capacity as account holder of, and party :
with interest in, the REZULIN SETTLEMENT :
FUND, :
 :
    Plaintiff, : ECF CASE
v. :
 :
JAMES R. DUGAN, II, et al., :
 :
    Defendants. :
------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Shipman & Goodwin LLP in the above-captioned action states that Shipman & Goodwin LLP does not have a parent corporation, it is not a publicly traded corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: Hartford, Connecticut
      February 13, 2008

                              Respectfully Submitted.

                        By:   s/ Jill M. O'Toole
                            Jill M. O'Toole
                            SHIPMAN & GOODWIN LLP
                            One Constitution Plaza
                            Hartford, CT  06103-1919
                            Tel.: (860) 251-5909
                            Fax: (860) 251-5218
                            Email:  jotoole@goodwin.com

                            ATTORNEY FOR DEFENDANT
                            SHIPMAN & GOODWIN LLP