**MEMO ENDORSED** DOC#32

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 3 1 2008

80925-690142

---

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with
interest in, the REZULIN SETTLEMENT FUND,

  Plaintiff,

- vs -

JAMES R. DUGAN, II, STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM, RAWLINGS
AND ASSOCIATES, PLLC, GREG MURPHY,
MORAIN & MURPHY, LLC, WALLACE
JORDAN RATLIFF & BRANDT, LLC,
ELWOOD S. SIMON & ASSOCIATES, P.C.,
KERSHAW, CUTTER & RATINOFF, LLP,
BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO, MARK FISCHER, GEORGE
RAWLINGS, SHIPMAN & GOODWIN, LLP,

  Defendants.

Case No. 08 Civ. 0461 (LAK)

HONORABLE LEWIS A. KAPLAN

ECF CASE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

---

## MOTION TO ADMIT MICHAEL J. VELEZIS, ESQ. *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the local rules of the United States District

Court for the Southern District of New York, I, Richard W. Cohen, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|   |   |
|---|---|
| Applicant's Name: | Michael J. Velezis |
| Firm Name: | Wallace Jordan Ratliff & Brandt, LLC |
| Address: | 800 Shades Creek Parkway |
|   | Suite 400 |
|   | Birmingham, AL  35209 |
| Telephone: | 205.870.0555 |
| Fax: | 205.871.7534 |
| Email Address: | mv@wallacejordan.com |

SO ORDERED

LEWIS A. KAPLAN, USDJ

Michael J. Velezis is a member in good standing of the Alabama State Bar. There are no

pending disciplinary proceedings against Michael J. Velezis in any State or Federal court.

In further support of this motion, attached hereto is the Affidavit of Richard W. Cohen,

together with an original certificate of good standing of Michael J. Velezis from the Alabama

State Bar, and a proposed Order.


Dated: January 31, 2008
      White Plains, New York

                                   LOWEY DANNENBERG COHEN, P.C.

By:     _____
                             Richard Cohen (RC-5220)
                             One North Broadway - Suite 509
                             White Plains, NY 10601
                             914-997-0500