**MEMO ENDORSED**
SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with
interest in, the REZULIN SETTLEMENT FUND,

                    Plaintiff,

        - vs -

JAMES R. DUGAN, II, STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM, RAWLINGS
AND ASSOCIATES, PLLC, GREG MURPHY,
MORAIN & MURPHY, LLC, WALLACE
JORDAN RATLIFF & BRANDT, LLC,
ELWOOD S. SIMON & ASSOCIATES, P.C.,
KERSHAW, CUTTER & RATINOFF, LLP,
BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO, MARK FISCHER, GEORGE
RAWLINGS, SHIPMAN & GOODWIN, LLP,

                    Defendants.

Case No. 08 Civ. 0461 (LAK)

HONORABLE LEWIS A. KAPLAN

**ECF CASE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08



## MOTION TO ADMIT KIMBERLY R. WEST, ESQ. *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the local rules of the United States District Court for

the Southern District of New York, I, Richard W. Cohen, a member in good standing of the bar

of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|   |   |
|---|---|
| Applicant's Name: | Kimberly R. West |
| Firm Name: | Wallace Jordan Ratliff & Brandt, LLC |
| Address: | 800 Shades Creek Parkway |
|  | Suite 400 |
|  | Birmingham, AL 35209 |
| Telephone: | 205-870-0555 |
| Fax: | 205-871-7534 |
| Email Address: | KW@wallacejordan.com |

SO ORDERED

Lewis A. KAPLAN USDJ

Kimberly R. West is a member in good standing of the Alabama State Bar. There are no pending disciplinary proceedings against Kimberly R. West in any State or Federal court.

In further support of this motion, attached hereto is the Affidavit of Richard W. Cohen, together with an original certificate of good standing of Kimberly R. West from the Alabama State Bar, and a proposed Order.

Dated: January 31, 2008
White Plains, New York

LOWEY DANNENBERG COHEN, P.C.

By:  _____

Richard Cohen (RC-5220)
One North Broadway - Suite 509
White Plains, NY  10601
914-997-0500