

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOWEY DANNENBERG COHEN,
P.C., in its capacity as account holder of, and
party with interest in, the REZULIN
SETTLEMENT FUND,

        Plaintiff,

- vs -

JAMES R. DUGAN, II, STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM, RAWLINGS
AND ASSOCIATES, PLLC, GREG MURPHY,
MORAIN & MURPHY, LLC, WALLACE
JORDAN RATLIFF & BRANDT, LLC,
ELWOOD S. SIMON & ASSOCIATES, P.C.,
KERSHAW, CUTTER & RATINOFF, LLP,
BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO, MARK FISCHER,
GEORGE RAWLINGS, SHIPMAN &
GOODWIN, LLP

        Defendants.

Case No. 08 Civ. 0461 (LAK)

HONORABLE LEWIS A. KAPLAN

ECF CASE



### STIPULATION AND ~~PROPOSED~~ ORDER ENLARGING TIME TO RESPOND TO PLAINTIFF'S AMENDED VERIFIED COMPLAINT AND BILL IN THE NATURE OF AN INTERPLEADER

WHEREAS, Plaintiff served its Amended Verified Complaint and Bill in the

Nature of an Interpleader on January 28, 2008;

WHEREAS, Defendants Rawlings and Associates, PLLC, Greg Murphy, Morain

& Murphy, LLC, Wallace Jordan Ratliff & Brandt, LLC, Elwood S. Simon & Associates,

P.C., Kershaw, Cutter & Ratinoff, LLP, Berman DeValerio Pease Tabacco Burt &

Pucillo, Mark Fischer, George Rawlings, and Shipman & Goodwin, LLP's (the

{2027 / STIP / 00086988.DOC v1}

"Stipulating Defendants") have until February 19, 2008 to answer or otherwise move against Plaintiff's Amended Verified Complaint and Bill in the Nature of an Interpleader;

WHEREAS, Plaintiff and the Stipulating Defendants wish to extend this deadline until April 30, 2008;

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that the Stipulating Defendants shall have until April 30, 2008 to answer or otherwise move against the Amended Verified Complaint and Bill in the Nature of an Interpleader.

Dated: February 19, 2008

LOWEY DANNENBERG COHEN & HART, P.C.

By _____
One North Broadway - Suite 509
White Plains, N.Y. 10601-2310
(914) 997-0500

*For Plaintiff Lowey Dannenberg Cohen, P.C. in its capacity
as accound holder of, and party with interest in, the Rezulin
Settlement Fund*

RAWLINGS AND ASSOCIATES, PLLC

By _____
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant Rawlings and Associates, PLLC*

{2027 / STIP / 00086988.DOC v1}                    2

"Stipulating Defendants") have until February 19, 2008 to answer or otherwise move against Plaintiff's Amended Verified Complaint and Bill in the Nature of an Interpleader;

WHEREAS, Plaintiff and the Stipulating Defendants wish to extend this deadline until April 30, 2008;

NOW, THEREFORE, it is hereby STIPULATED and AGREED by and between the undersigned that the Stipulating Defendants shall have until April 30, 2008 to answer or otherwise move against the Amended Verified Complaint and Bill in the Nature of an Interpleader.

Dated: February 19, 2008

LOWEY DANNENBERG COHEN & HART, P.C.

By_____
One North Broadway - Suite 509
White Plains, N.Y. 10601-2310
(914) 997-0500

*For Plaintiff Lowey Dannenberg Cohen, P.C. in its capacity as accound holder of, and party with interest in, the Rezulin Settlement Fund*

RAWLINGS AND ASSOCIATES, PLLC

By_____
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant Rawlings and Associates, PLLC*

By /s/ Greg Murphy
GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151

*For Defendant Greg Murphy*

MORAIN & MURPHY, LLC

By /s/ Greg Murphy
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151

*For Defendant Morain & Murphy, LLC*


WALLACE JORDAN RATLIFF & BRANDT, LLC


By_____
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555

*For Defendant Wallace Jordan Ratliff & Brandt, LLC*


ELWOOD S. SIMON & ASSOCIATES, P.C.


By_____
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730

*For Defendant Elwood S. Simon & Associates, P.C.*

By_____
GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151

*For Defendant Greg Murphy*

MORAIN & MURPHY, LLC

By_____
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151

*For Defendant Morain & Murphy, LLC*


WALLACE JORDAN RATLIFF & BRANDT, LLC

By /s/
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555

*For Defendant Wallace Jordan Ratliff & Brandt, LLC*


ELWOOD S. SIMON & ASSOCIATES, P.C.


By_____
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730

*For Defendant Elwood S. Simon & Associates, P.C.*

{2027 / STIP / 00069988.DOC v1}                    3

By_____
GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151

*For Defendant Greg Murphy*

MORAIN & MURPHY, LLC

By_____
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151

*For Defendant Morain & Murphy, LLC*


WALLACE JORDAN RATLIFF & BRANDT, LLC


By_____
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555

*For Defendant Wallace Jordan Ratliff & Brandt, LLC*


ELWOOD S. SIMON & ASSOCIATES, P.C.

By  *Elwood Simon /RF w/ perm's SFR*
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730

*For Defendant Elwood S. Simon & Associates, P.C.*

KERSHAW CUTTER & RATINOFF, LLP

By_____
401 Watt Avenue
Sacramento, California 95864
(916) 448-9800

*For Defendant Kershaw Cutter & Ratinoff, LLP*


BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO


By_____
One Liberty Square
Boston, MA 02109
(617) 542-8300

*For Defendant Berman DeValerio Pease Tabacco
Burt & Pucillo*


By_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant Mark Fischer*


By_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant George Rawlings*

{2027 / STIP / 00086988.DOC v1}                4

KERSHAW CUTTER & RATINOFF, LLP


By_____
401 Watt Avenue
Sacramento, California 95864
(916) 448-9800

*For Defendant Kershaw Cutter & Ratinoff, LLP*


BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By _[signature]_____
One Liberty Square
Boston, MA 02109
(617) 542-8300

*For Defendant Berman DeValerio Pease Tabacco
Burt & Pucillo*


By_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant Mark Fischer*


By_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant George Rawlings*

KERSHAW CUTTER & RATINOFF, LLP

By_____
401 Watt Avenue
Sacramento, California 95864
(916) 448-9800

*For Defendant Kershaw Cutter & Ratinoff, LLP*

BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By_____
One Liberty Square
Boston, MA 02109
(617) 542-8300

*For Defendant Berman DeValerio Pease Tabacco
Burt & Pucillo*

By_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant Mark Fischer*

By_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

*For Defendant George Rawlings*

SHIPMAN & GOODWIN LLP

By /s/ *[signature]*
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

*For Defendant Shipman & Goodwin LLP*

SO ORDERED: /s/
_____
U.S.D.J.

2/21/08