UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
LOWEY DANNENBERG COHEN, P.C., : Case No. 08 Civ. 461 (LAK)(THK)
in its capacity as account holder of, and party :
with interest in, the REZULIN SETTLEMENT :
FUND, :
 :
 :
    Plaintiff, : **ECF CASE**
v. :
 :
JAMES R. DUGAN, II, STEPHEN B. MURRAY :
d/b/a THE MURRAY LAW FIRM, RAWLINGS :
AND ASSOCIATES, PLLC, GREG MURPHY, :
MORAIN & MURPHY, LLC, WALLACE :
JORDAN RATLIFF & BRANDT, LLC, :
ELWOOD S. SIMON & ASSOCIATES, P.C., :
KERSHAW, CUTTER & RATINOFF, LLP, :
BERMAN DEVALERIO PEASE TABACCO :
BURT & PUCILLO, MARK FISCHER, GEORGE :
RAWLINGS, :
 :
    Defendants. :
---------------------------------------------------------------x

## MOTION TO ADMIT ROSS H. GARBER *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jill M. O'Toole, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Ross H. Garber |
| Firm Name: | Shipman & Goodwin LLP |
| Address: | One Constitution Plaza |
|  | Hartford, CT  06103-1919 |
| Telephone: | (860) 251-5901 |
| Fax: | (860) 251-5219 |
| Email address: | rgarber@goodwin.com |

Ross H. Garber is a member in good standing of the Bars of the State of Connecticut and the United States District Court for the District of Connecticut. There are no pending disciplinary proceedings against Ross H. Garber in any State or Federal court.

In support of this motion, attached is the Affidavit of Jill M. O'Toole, together with an original certificate of good standing of Ross H. Garber from the Bar of the State of Connecticut, and a proposed Order.

Dated: February 13, 2008
       Hartford, Connecticut

                           Respectfully Submitted.

By: _____
Jill M. O'Toole (JO-4911)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5909
Fax: (860) 251-5218
Email: jotoole@goodwin.com

ATTORNEY FOR DEFENDANT
SHIPMAN & GOODWIN LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2008, I served a copy of the foregoing Motion to Admit Ross H. Garber *Pro Hac Vice* by U.S. mail, postage prepaid, on the following:


Michael J. Velezis, Esq.
Kimberly R. West, Esq.
Wallace Jordan Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209

Richard W. Cohen, Esq.
Todd S. Garber, Esq.
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
One North Broadway, 5th Floor
White Plains, NY 10601

Dane S. Ciolino, Esq.
Dane S. Ciolino, LLC
127 Hector Avenue
Metairie, LA 70005


　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Jill M. O'Toole

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOWEY DANNENBERG COHEN, P.C.,                : Case No. 08 Civ. 461 (LAK)(THK)
in its capacity as account holder of, and party :
with interest in, the REZULIN SETTLEMENT     :
FUND,                                                          :
                                                                   :
          Plaintiff,                                           : **ECF CASE**
v.                                                              :
                                                                   :
JAMES R. DUGAN, II, STEPHEN B. MURRAY :
d/b/a THE MURRAY LAW FIRM, RAWLINGS :
AND ASSOCIATES, PLLC, GREG MURPHY,    :
MORAIN & MURPHY, LLC, WALLACE           :
JORDAN RATLIFF & BRANDT, LLC,              :
ELWOOD S. SIMON & ASSOCIATES, P.C.,      :
KERSHAW, CUTTER & RATINOFF, LLP,         :
BERMAN DEVALERIO PEASE TABACCO         :
BURT & PUCILLO, MARK FISCHER, GEORGE:
RAWLINGS,                                                 :
                                                                   :
          Defendants.                                       :
------------------------------------------------------------x

## AFFIDAVIT OF JILL M. O'TOOLE IN SUPPORT OF
## MOTION TO ADMIT ROSS H. GARBER, *PRO HAC VICE*

Jill M. O'Toole, Esq., being duly sworn, hereby deposes and says as follows:

1.  I am associated with Shipman & Goodwin LLP, counsel for defendant Shipman & Goodwin LLP in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Ross H. Garber as counsel *pro hac vice* to represent Defendant Shipman & Goodwin LLP in this matter.

2.  I am a member in good standing of the bars of the States of New York and Connecticut and was admitted to practice law in those jurisdictions on July 27, 1999 and

December 5, 1997, respectively. I am also admitted to the Bars of the United States District Courts for the Southern District of New York, Eastern District of New York, and District of Connecticut, and am in good standing with those Courts.

3. I have known Mr. Garber since 2006.

4. Mr. Garber is a partner at Shipman & Goodwin LLP in Hartford, Connecticut. Mr. Garber is a member in good standing of the Bars of the State of Connecticut and the United States District Court for the District of Connecticut. An original certificate of good standing issued by the Bar of the State of Connecticut is attached hereto as Exhibit A.

5. I have found Mr. Garber to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Garber, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mr. Garber, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Ross H. Garber, *pro hac vice*, to represent Defendant Shipman & Goodwin LLP in the above-captioned matter, be granted.

Dated: February 13, 2008
       Hartford, Connecticut

Respectfully Submitted.

_____
Jill M. O'Toole (JO-4911)
SHIPMAN & GOODWIN LLP

STATE OF CONNECTICUT   )
                       ) ss:
COUNTY OF HARTFORD     )

Subscribed and sworn to before me
this 13th day of February, 2008:

_____
Theresa R. Banister
~~Commissioner of the Superior Court~~
Notary Public:
My Commission Expires 2-28-08

498007 s2

3

# EXHIBIT A



# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

Do hereby certify *that, in the Superior Court at* New London *on the* Twenty-Fifth *, day of* November 1992

Ross H. Garber

of

Glastonbury, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.*

In Testimony Whereof, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* Eleventh *day of* February *, 20* 08 *.*

Michéle T. Angers

*Chief Clerk*



# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOWEY DANNENBERG COHEN, P.C., : Case No. 08 Civ. 461 (LAK)(THK)
in its capacity as account holder of, and party :
with interest in, the REZULIN SETTLEMENT :
FUND, :
 :
      Plaintiff, : **ECF CASE**
v. :
 :
JAMES R. DUGAN, II, STEPHEN B. MURRAY :
d/b/a THE MURRAY LAW FIRM, RAWLINGS :
AND ASSOCIATES, PLLC, GREG MURPHY, :
MORAIN & MURPHY, LLC, WALLACE :
JORDAN RATLIFF & BRANDT, LLC, :
ELWOOD S. SIMON & ASSOCIATES, P.C., :
KERSHAW, CUTTER & RATINOFF, LLP, :
BERMAN DEVALERIO PEASE TABACCO :
BURT & PUCILLO, MARK FISCHER, GEORGE :
RAWLINGS, :
 :
      Defendants. :
------------------------------------------------------------x

## [PROPOSED] ORDER FOR ADMISSION OF ROSS H. GARBER *PRO HAC VICE*

Upon the motion of Jill M. O'Toole, attorney for Defendant Shipman & Goodwin LLP and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Ross H. Garber |
| Firm Name: | Shipman & Goodwin LLP |
| Address: | One Constitution Plaza |
| | Hartford, CT  06103-1919 |
| Telephone: | (860) 251-5901 |
| Fax: | (860) 251-5219 |
| Email address: | rgarber@goodwin.com |

is admitted to practice *pro hac vice* as counsel for Defendant Shipman & Goodwin LLP in the above-captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February \_\_\_\_, 2008
       New York, New York

 

_____
United States District/Magistrate Judge