UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND<br>        Plaintiff,<br>vs.<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS and SHIPMAN & GOODWIN, LLC<br>        Defendants. | Case No. 08 Civ. 0461<br><br>HONORABLE LEWIS A. KAPLAN<br><br>ECF CASE |

### **DEFENDANTS', JAMES R. DUGAN, II AND STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, NOTICE OF MOTION TO VACATE DEFAULT**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of the Motion to Vacate Default, and the exhibits thereto, and all of the papers and proceedings herein and heretofore, Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 12D, New York, New York, at a time and date to be determined by the Court, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, for an Order vacating the default of Defendants', James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm.

Dated:  New Orleans, Louisiana
     February 29, 2008

/s/ Dane S. Ciolino_____
Dane S. Ciolino (DC-1964)
DANE S. CIOLINO, LLC
526 Pine Street, Fourth Floor
P.O. Box 850848
New Orleans, LA 70185-0848
Telephone: (504) 834-8519
Facsimile: (504) 324-0143
E-Mail: dciolino@loyno.edu

Counsel of record for Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm

### CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I caused to be electronically filed the foregoing Notice of Motion to Vacate Default with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and exact copy of the foregoing was sent via email, fax, and/or U.S. mail to any party or counsel not receiving electronic service from CM/ECF by ordinary U.S. Mail, this 29th day of February, 2008.

/s/ Dane S. Ciolino_____
Dane S. Ciolino (DC-1964)