DOC # 40

SCANNED RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LOWEY DANNENBERG COHEN, P.C.,          : Case No. 08 Civ. 461 (LAK)(THK)
in its capacity as account holder of, and party :
with interest in, the REZULIN SETTLEMENT :
FUND,                                   :
                                        :     **MEMO ENDORSED**
          Plaintiff,                    :
                                        :     ECF CASE
     v.                                 :
                                        :
JAMES R. DUGAN, II, STEPHEN B. MURRAY   :
d/b/a THE MURRAY LAW FIRM, RAWLINGS     :
AND ASSOCIATES, PLLC, GREG MURPHY,      :
MORAIN & MURPHY, LLC, WALLACE           :
JORDAN RATLIFF & BRANDT, LLC,           :
ELWOOD S. SIMON & ASSOCIATES, P.C.,     :
KERSHAW, CUTTER & RATINOFF, LLP,        :
BERMAN DEVALERIO PEASE TABACCO          :
BURT & PUCILLO, MARK FISCHER, GEORGE    :
RAWLINGS,                               :
                                        :
          Defendants.                   :
-------------------------------------------------------------x



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

## MOTION TO ADMIT ROSS H. GARBER *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jill M. O'Toole, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

        Applicant's Name:   Ross H. Garber
        Firm Name:   Shipman & Goodwin LLP
        Address:   One Constitution Plaza
                         Hartford, CT  06103-1919
        Telephone:   (860) 251-5901
        Fax:   (860) 251-5219
        Email address:   rgarber@goodwin.com

SO ORDERED

LEWIS A. KAPLAN, USDJ

Ross H. Garber is a member in good standing of the Bars of the State of Connecticut and the United States District Court for the District of Connecticut. There are no pending disciplinary proceedings against Ross H. Garber in any State or Federal court.

In support of this motion, attached is the Affidavit of Jill M. O'Toole, together with an original certificate of good standing of Ross H. Garber from the Bar of the State of Connecticut, and a proposed Order.

Dated: February 13, 2008
       Hartford, Connecticut

                         Respectfully Submitted.

                         By: _____
                         Jill M. O'Toole (JO-4911)
                         SHIPMAN & GOODWIN LLP
                         One Constitution Plaza
                         Hartford, CT 06103-1919
                         Tel.: (860) 251-5909
                         Fax: (860) 251-5218
                         Email: jotoole@goodwin.com

                         ATTORNEY FOR DEFENDANT
                         SHIPMAN & GOODWIN LLP