IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with
interest in, the REZULIN SETTLEMENT FUND,

    Plaintiff,

vs.

JAMES R. DUGAN, II, STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM, RAWLINGS
AND ASSOCIATES, PLLC, GREG MURPHY,
MORAIN & MURPHY, LLC, WALLACE
JORDAN RATLIFF & BRANDT, LLC,
ELWOOD S. SIMON & ASSOCIATES, P.C.,
KERSHAW, CUTTER & RATINOFF, LLP,
BERMAN DEV ALERIO PEASE TABACCO
BURT & PUCILLO, MARK FISCHER,
GEORGE RAWLINGS and SHIPMAN &
GOODWIN,

    Defendants.

CASE NO. 08 CIV. 0461

HONORABLE LEWIS A. KAPLAN

ECF CASE

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.

In compliance with Fed. R. Civ. P. 7.1, Defendant Wallace, Jordan, Ratliff & Brandt, L.L.C. hereby discloses that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

Respectfully submitted,


/s/ Michael J. Velezis
Kimberly R. West
Michael J. Velezis
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway
Suite 400
Birmingham, Alabama 35209
Telephone: (205) 870-0555
Facsimile: (205) 871-7534

Counsel for Defendant
Wallace, Jordan, Ratliff & Brandt, L.L.C.

## **CERTIFICATE OF SERVICE**

I certify that I am over eighteen years of age and am not a party to this action. On March 13, 2008, I electronically filed and served a copy of the following documents:

1.  Wallace, Jordan, Ratliff & Brandt, L.L.C. Rule 7.1 Corporate Disclosure Statement of Defendant Wallace, Jordan, Ratliff & Brandt, L.L.C. using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and exact copy of the foregoing was sent via e-mail, fax, and/or U.S. mail to any party or counsel not receiving electronic services from CM/ECF.

Dated:        March 13, 2008

/s/ Michael J. Velezis
Michael J. Velezis