IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LOWEY DANNENBERG COHEN, P.C., in its
capacity as account holder of, and party with
interest in, the REZULIN SETTLEMENT FUND,

    Plaintiff,

vs.

JAMES R. DUGAN, II, STEPHEN B. MURRAY
d/b/a THE MURRAY LAW FIRM, RAWLINGS
AND ASSOCIATES, PLLC, GREG MURPHY,
MORAIN & MURPHY, LLC, WALLACE
JORDAN RATLIFF & BRANDT, LLC,
ELWOOD S. SIMON & ASSOCIATES, P.C.,
KERSHAW, CUTTER & RATINOFF, LLP,
BERMAN DEV ALERIO PEASE TABACCO
BURT & PUCILLO, MARK FISCHER,
GEORGE RAWLINGS and SHIPMAN &
GOODWIN,

    Defendants.

CASE NO. 08 CIV. 0461

HONORABLE LEWIS A. KAPLAN

ECF CASE

---

**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C. ANSWER TO CROSS-CLAIM**

---

    **COMES NOW** Defendant Wallace, Jordan, Ratliff & Brandt, L.L.C. ("Wallace Jordan") and answers Co-Defendants' James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm's (collectively, "Dugan & Murray") cross-claim as follows:

    1.    Wallace Jordan denies being a part of or entering any joint venture with any other party, including Dugan & Murray, regarding the "Rezulin Litigation".

    2.    In fact, Dugan & Murray have stipulated to this Court that Wallace Jordan and its members are not a part of their alleged "Rezulin Litigation" joint-venture.

3. Wallace Jordan was the sole legal representation of its health-care insurance clients in the "Rezulin Litigation". Dugan & Murray have no claim to the legal fees earned by Wallace Jordan, and which are a part of the fund interplead with this Court.

4. In addition to Wallace Jordan not being involved in any alleged joint-venture in the "Rezulin Litigation", Wallace Jordan also does not have any direct knowledge regarding any such joint-venture.

5. Based on the foregoing, Wallace Jordan denies that Dugan & Murray are entitled to any portion of the fund interplead with the Court.

Respectfully submitted,

/s/ Michael J. Velezis
Kimberly R. West
Michael J. Velezis
Wallace, Jordan, Ratliff & Brandt, L.L.C.
800 Shades Creek Parkway
Suite 400
Birmingham, Alabama 35209
Telephone: (205) 870-0555
Facsimile: (205) 871-7534

Counsel for Defendant
Wallace, Jordan, Ratliff & Brandt, L.L.C.

## **CERTIFICATE OF SERVICE**

I certify that I am over eighteen years of age and am not a party to this action. On March 13, 2008, I electronically filed and served a copy of the following documents:

1.  Wallace, Jordan, Ratliff & Brandt, L.L.C. Answer to Cross-Claim using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and exact copy of the foregoing was sent via e-mail, fax, and/or U.S. mail to any party or counsel not receiving electronic services from CM/ECF.

Dated:      March 13, 2008

/s/ Michael J. Velezis
Michael J. Velezis