*[handwritten: Please Return to ... Art Hearing Account    KAPLAN, J]*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

| | |
|---|---|
| LOWEY DANNENBERG COHEN, P.C., in its capacity as account holder of, and party with interest in, the REZULIN SETTLEMENT FUND,<br><br>Plaintiff,<br><br>- vs -<br><br>JAMES R. DUGAN, II, STEPHEN B. MURRAY d/b/a THE MURRAY LAW FIRM, RAWLINGS AND ASSOCIATES, PLLC, GREG MURPHY, MORAIN & MURPHY, LLC, WALLACE JORDAN RATLIFF & BRANDT, LLC, ELWOOD S. SIMON & ASSOCIATES, P.C., KERSHAW, CUTTER & RATINOFF, LLP, BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, MARK FISCHER, GEORGE RAWLINGS, SHIPMAN & GOODWIN, LLP<br><br>Defendants. | Case No. 08 Civ. 0461 (LAK)<br><br>HONORABLE LEWIS A. KAPLAN<br><br>ECF CASE<br><br><br>RECEIVED APR - 4 2008 JUDGE KAPLAN'S CHAMBERS |

### STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF FUNDS TO PLAINTIFF AND FOR DISMISSAL WITH PREJUDICE

This Stipulation and [Proposed] Order for Release of Funds to Plaintiff and for Dismissal with Prejudice is agreed to as of March 25, 2008 by and among the Parties, on behalf of themselves or through their undersigned counsel.

WHEREAS, On January 25, 2008, Plaintiff, Lowey Dannenberg Cohen, P.C. (formerly known as Lowey Dannenberg Bemporad Selinger & Cohen, P.C.) ("Lowey Dannenberg"), in its role as account holder of, and party with interest in, Citibank Account No. 009977643705, titled "Lowey Dannenberg Bemporad Selinger & Cohen, P.C. as Attorneys for the Rezulin Settlement

{2027 / STIP / 00087771.DOC v1}

Fund" (the "Fund"), deposited with the Clerk of the Court $4,560,588.47, representing all funds held in Citibank Account No. 009977643705, titled "Lowey Dannenberg Bemporad & Selinger P.C. as Attorneys for the Rezulin Settlement Fund," pending resolution of this action.

WHEREAS, the Parties have each determined that it is in their respective best interests to settle and discontinue this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, on behalf of themselves or through their undersigned counsel, that:

(1) The Clerk of the Court for the Southern District of New York shall immediately release and return to Plaintiff the $4,560,588.47 deposited with the Clerk of the Court, plus all accrued interest, less any statutory fee, upon entry of this Order;

(2) Upon receipt by Plaintiff of the $4,560,588.47, plus all accrued interest, less any statutory fee, all claims any party may have against any other party that were or could have been asserted in this action are dismissed with prejudice; and

(3) Defendants James R. Dugan, II, Stephen B. Murray d/b/a The Murray Law Firm (the "Dugan Defendants") acknowledge that on April 2, 2008, the Court entered a default judgment against them, dismissing their claims with prejudice. The Dugan Defendants waive any and all right to appeal from that judgment or from any ruling by the Court in this matter.

LOWEY DANNENBERG COHEN & HART,
P.C.

By *[signature]*
One North Broadway - Suite 509
White Plains, N.Y. 10601-2310
(914) 997-0500
RICHARD W. COHEN (AC-5220)

{2027 / STIP / 00087771.DOC v1}
2027 / STIP / 00087664.WPD v2                2

RAWLINGS AND ASSOCIATES, PLLC

By _____
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


MORAIN & MURPHY, LLC

By_____
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


WALLACE JORDAN RATLIFF & BRANDT, LLC

By_____
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555


ELWOOD S. SIMON & ASSOCIATES, P.C.

By_____
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730

RAWLINGS AND ASSOCIATES, PLLC

By_____
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

_____/s/ Greg Murphy_____
GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


MORAIN & MURPHY, LLC

By _____/s/ Greg Murphy_____
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


WALLACE JORDAN RATLIFF & BRANDT, LLC

By_____
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555


ELWOOD S. SIMON & ASSOCIATES, P.C.

By_____
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730

{2027 / STIP / 00087771.DOC v1}
2027 / STIP / 00087664.WPD v2

3

RAWLINGS AND ASSOCIATES, PLLC

By_____
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


_____
GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


MORAIN & MURPHY, LLC

By_____
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


WALLACE JORDAN RATLIFF & BRANDT, LLC

By_____/s/_____
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555


ELWOOD S. SIMON & ASSOCIATES, P.C.

By_____
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730

RAWLINGS AND ASSOCIATES, PLLC

By_____
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


_____
GREG MURPHY, ESQ.
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


MORAIN & MURPHY, LLC

By_____
6555 Perkins Road
Suite 200
Baton Rouge, LA 70808
(225) 767-7151


WALLACE JORDAN RATLIFF & BRANDT, LLC

By_____
800 Shades Creek Parkway
Suite 400
Birmingham, AL 35209
(205) 870-0555


ELWOOD S. SIMON & ASSOCIATES, P.C.

By___[signature]___ 3/26/08
355 South Old Woodward Avenue - Suite 250
Birmingham, MI 48009-6215
(248) 646-9730


KERSHAW CUTTER & RATINOFF, LLP

{2027 / STIP / 00087771.DOC v1}
2027 / STIP / 00087604.WPD v2

3

KERSHAW CUTTER & RATINOFF, LLP

By_____
401 Watt Avenue Sacramento, California 95864
(916) 448-9800


BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By_____
One Liberty Square
Boston, MA 02109
(617) 542-8300


_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


SHIPMAN & GOODWIN, LLP

By_____
One Constitution Plaza Hartford, CT 06103-1919
(860) 251-5000

KERSHAW CUTTER & RATINOFF, LLP

By_____
401 Watt Avenue Sacramento, California 95864
(916) 448-9800

BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By_____   Todd Seaver
One Liberty Square
Boston, MA 02109
(617) 542-8300

_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139

SHIPMAN & GOODWIN, LLP

By_____
One Constitution Plaza Hartford, CT 06103-1919
(860) 251-5000

KERSHAW CUTTER & RATINOFF, LLP

By_____
401 Watt AvenueSacramento, California 95864
(916) 448-9800


BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By_____
One Liberty Square
Boston, MA 02109
(617) 542-8300

_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


SHIPMAN & GOODWIN, LLP

By_____
One Constitution Plaza Hartford, CT 06103-1919
(860) 251-5000


{2027 / STIP / 00087771.DOCv1}
2027 / STIP / 00087664.WPD v2                    4

KERSHAW CUTTER & RATINOFF, LLP

By_____
401 Watt AvenueSacramento, California 95864
(916) 448-9800


BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By_____
One Liberty Square
Boston, MA 02109
(617) 542-8300


_____
MARK D. FISCHER, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


_____
GEORGE RAWLINGS, ESQ.
Rawlings and Associates, PLLC
One Eden Parkway
LaGrange, KY 40031-1800
(502) 814-2139


SHIPMAN & GOODWIN, LLP

By_____
One Constitution Plaza Hartford, CT 06103-1919
(860) 251-5000


{2027 / STIP / 00087771.DOC v1}
2027 / STIP / 00087664.WPD v2

4

DANE S. CIOLINO, LLC

*Dane S. Ciolino*
*2008.04.03*
*17:13:58 -05'00'*

Dane S. Ciolino (DC-1964)
DANE S. CIOLINO, LLC
526 Pine Street, Fourth Floor
P.O. Box 850848
New Orleans, LA 70185-0848
Telephone: (504) 834-8519
E-Mail: dciolino@loyno.edu

*Counsel of record for Defendants, James R. Dugan, II and Stephen B. Murray d/b/a The Murray Law Firm*

SO ORDERED this 7 day of April 2008.

_____
UNITED STATES DISTRICT COURT JUDGE